## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Nancy J. Lawson

               Debtor(s)

Ditech Financial LLC, its successors and/or assigns

               Movant

     vs.

Nancy J. Lawson

               Debtor(s)

Pamela J. Wilson Esq.

               Trustee

CHAPTER 7

NO. 18-22040 GLT

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Entry of Appearance of Ditech Financial LLC, which was filed with the Court on or about **July 10, 2018; Docket No. 11**.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

July 12, 2018