IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Nancy J. Lawson<br><br>Debtor(s)<br><br>Movant(s)<br>Ditech Financial LLC   v.<br><br>Respondent(s)<br>Nancy J. Lawson | Bankruptcy No.  18-22040 GLT<br><br>Chapter 7<br><br>Related to Document No. 11 |

### MOTION FOR WITHDRAWAL OF APPEARANCE AND TERMINATION OF CM/ECF RECORD

AND NOW comes James C. Warmbrodt counsel to Ditech Financial LLC in the above-captioned case, and certifies to this Honorable Court that he (a) has satisfied the interest of his client, Ditech Financial LLC in the above- captioned case, and (b) has informed and received the consent of Ditech Financial LLC to withdraw his appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), James C. Warmbrodt requests that this Honorable Court grant his request for leave for withdrawal of his appearance and termination of his CM/ECF record in this case.

Date:  July 24, 2018         Movant/Attorney:   /s/ James C. Warmbrodt, Esquire

                                       KML LAW GROUP, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       Phone: 215-627-1322
                                       ATT ID: 42524

### ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that James C. Warmbrodt, KML LAW GROUP, P.C. is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: _____         _____
                                                                United States Bankruptcy Judge

**PAWB Local Form 17  (07/13)**